UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony K. Jones,                                                Civil 13-1865 MJD/FLN

      Plaintiff,

v.                                                                          O R D E R

University of Minnesota,
Crookston

      Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 18, 2013, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. Plaintiff's motion for appointment of counsel, (Docket No. 4), is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: October 22, 2013.                        s/Michael J. Davis
                                                                       MICHAEL J. DAVIS
                                                                       United States District Court Chief Judge